FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2021

No. 04-20-00486-CR

Jemadari Chinua **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B19-346
Honorable Rex Emerson, Judge Presiding

## O R D E R

Sitting:     Luz Elena D. Chapa, Justice
           Irene Rios, Justice
           Beth Watkins, Justice

Appellant Jemadari Chinua Williams, proceeding pro se, filed his Appellant's brief in February 2021. With leave of court, Williams filed a supplement to his insufficiency point of error in March. The State's brief was filed April 20, 2021, and Williams's reply brief is now due June 9, 2021. On May 21, 2021, this court received Williams's motion for leave to supplement his appellant's brief with an amended argument for his point of error alleging he received ineffective assistance of counsel.

We grant the motion. We **order** Williams may amend his argument for point of error five that alleges ineffective assistance of counsel. The amended argument must be made in Williams's reply brief due June 9, 2021. We further **order** the State may respond to the amended point of error in a supplemental response due thirty days after Williams's reply brief is received.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court